

No. 17–0353/AR.  U.S. v. Jeremy C. Bardin.  CCA 20150378.  Appellee's motion to file a 10–day letter out of time is denied.

Monday, June 26, 2017

No. 17–0353/AR.  U.S. v. Jeremy C. Bardin.  CCA 20150378.  On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Court of Criminal Appeals is affirmed.